**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CAROLYN ISLAND and JEANETTE CARTER,                                    PLAINTIFFS
o/b/o a class of similarly situated persons


v.                                        No. 4:11CV00706 JLH


THE GUARANTEE COMPANY OF
NORTH AMERICA USA                                                     DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the

Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 9th day of December, 2011.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE