**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CAROLYN ISLAND and JEANETTE CARTER,                                    PLAINTIFFS
o/b/o a class of similarly situated persons

v.                                    No. 4:11CV00706 JLH

THE GUARANTEE COMPANY OF
NORTH AMERICA USA                                                         DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 9th day of December, 2011.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE